## Abstract of the Decision.

1. APPEAL AND ERROR, § 1034*—*when rules of Municipal Court not judicially noticed.* The Appellate Court will not take judicial notice of rules of the Municipal Court.

2. APPEAL AND ERROR, § 482*—*when no question of law presented.* Where on a trial before the court without a jury no propositions of law were submitted, no questions of law are presented for review.

3. FRAUD, § 12*—*what is effect of independent investigation.* No action for damages arising from fraud will lie where the plaintiff relies wholly on his own inspection of the thing purchased and not on any fraudulent statement of the defendant.

Frank M. Turek, Defendant in Error, v. Frank Opava, Plaintiff in Error.

Gen. No. 20,429.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LABUY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed with finding of fact. Opinion filed April 13, 1915.

## Statement of the Case.

Frank M. Turek brought an action against Frank Opava to recover commissions. The plaintiff, at a third party's request to purchase property for him, approached the defendant and entered into negotiations with him looking to the purchase of his property by the third party, which negotiations, however, were discontinued before a sale was consummated, the defendant refusing to enter into a contract. From a judgment rendered against him, the defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Frank C. Souhrada and Anton W. Schroeter, for plaintiff in error.

Jones, Kerner & Posvic, for defendant in error.

Mr. Justice Smith delivered the opinion of the court.

## Abstract of the Decision.

Brokers, § 32*—*when employment must be shown.* Where a real estate broker acting for another who desires to purchase real estate approaches the owner of certain property and negotiates for the purchase thereof, no contract will be implied therefrom on the part of such owner to pay the broker for his services.

---

## Thomas Chvatal and Barbara Chvatal, Defendants in Error, v. Lev (Lion) Homestead Association, Plaintiff in Error.

### Gen. No. 19,863.  (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Joseph Sabath, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed April 22, 1915.

### Statement of the Case.

Action by Thomas Chvatal and Barbara Chvatal against Lev (Lion) Homestead Association, a corporation, to recover the withdrawal value of stock of said Association owned by the plaintiffs. The Association claimed that a voucher for the amount due was issued to them and that they indorsed it over to the treasurer as a personal loan to him, which the plaintiffs denied. After the voucher was drawn the treasurer disappeared. From a judgment for two hundred dollars, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.